IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00132-REB-MEH

MAMADOU FOFANA,

    Plaintiff,

v.

OFFICER CLARKSON,
OFFICER FRANZ,
OFFICER JORDAN, and
THE CHAPLAIN OF THE COUNTY JAIL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2011.**

The Jefferson County Defendants' Unopposed Motion for Leave to Take the Deposition of Detainee Mamadou Fofana pursuant to Fed.R.Civ.P. 30(a)(2)(B)[1] [filed June 22, 2011; docket #34] is **granted**.  The Court grants permission for Defendants to conduct a deposition of Plaintiff pursuant to Rule 30(a)(2)(B), at a date and time agreed upon by counsel for Defendants and the Detention Facility where Plaintiff is incarcerated.  The deposition may be videotaped.

---

[1] Defendants cite to Rule 30(a)(2)(D); however, the appropriate rule is Rule 30(a)(2)(B).