**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00132-REB-MEH

MAMADOU FOFANA,

    Plaintiff,

v.

OFFICER CLARKSON,
OFFICER FRANZ,
OFFICER JORDAN, and
THE CHAPLAIN OF THE COUNTY JAIL,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is before me on the **Recommendation of United States Magistrate Judge** [#59][1] filed November 8, 2011. No objections the recommendation have been filed by the parties. Therefore, I review the recommendation only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).*[2] Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted. The magistrate judge recommends that this case be dismissed,

---

[1] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).*

with prejudice, as a sanction for the plaintiff's failure to prosecute this case and failure to comply with the orders of this court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#59] filed December 8, 2011, is **APPROVED** and **ADOPTED** as an order of this court;

2. That under FED. R. CIV. P. 41(b), this case is **DISMISSED** with prejudice;

3. That **JUDGMENT SHALL ENTER** in favor of the defendants, Officer Clarkson, Officer Franz, Officer Jordan, and The Chaplain of the County Jail, against the plaintiff, Mamadou Fofana;

4. That all pending motions, including the **Defendants' Motion for Summary Judgment** [#42] filed August 24, 2011, and the **Defendants' Motion for Sanctions or, in the Alternative, Motion To Dismiss for Failure To Prosecute** [#56] filed October 27, 2011, are **DENIED** as moot; and

5. That the defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 27, 2012, at Denver, Colorado.

                                                **BY THE COURT:**

                                                Robert E. Blackburn
                                                United States District Judge